IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>       Defendants. | Case No. _____ |

**Appearance of Counsel**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Meta Platforms, Inc.

Date:   November 29, 2023

                                                    */s/ James P. Rouhandeh*

                                                    James P. Rouhandeh
                                                    (DDC Bar No. NY0390)

                                                    DAVIS POLK &
                                                    WARDWELL LLP
                                                    450 Lexington Avenue
                                                    New York, NY 10017

                                                    rouhandeh@davispolk.com
                                                    Tel: 212-450-4835
                                                    Fax: 212-450-5835