IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>           Defendants. | Case No. _____ |

**Rule 7.1 and LCvR 26.1 Corporate Disclosure Statement**

I, the undersigned, counsel of record for Meta Platforms, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Meta Platforms, Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 29, 2023

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
David B. Toscano (DC Bar No. 453126)
John A. Atchley III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
TEL: (212) 450-4000
rouhandeh@davispolk.com
michael.sheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDELL LLP
901 15th St., NW
Washington, DC 20005
TEL: (202) 962-7000
paul.nathanson@davispolk.com

*Attorneys for Plaintiff Meta Platforms, Inc.*