IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>   Defendants. | Case No. 1:23-cv-03562 |

**Appearance of Counsel**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Meta Platforms, Inc.

Date: November 30, 2023

               */s/ Michael Scheinkman*

               Michael Scheinkman
               (DDC Bar No. NY0381)

               DAVIS POLK & WARDWELL LLP
               450 Lexington Avenue
               New York, NY 10017

               michael.scheinkman@davispolk.com
               Tel: 212-450-4754
               Fax: 212-701-5754