# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>　　　　　Defendants. | Case No. 1:23-cv-03562 |

## Appearance of Counsel

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Meta Platforms, Inc.

Date:　　November 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul Nathanson*

　　　　　　　　　　　　　　　　　　　　　　　　Paul Nathanson
　　　　　　　　　　　　　　　　　　　　　　　　(DDC Bar No. 982269)

　　　　　　　　　　　　　　　　　　　　　　　　DAVIS POLK &
　　　　　　　　　　　　　　　　　　　　　　　　WARDWELL LLP
　　　　　　　　　　　　　　　　　　　　　　　　901 15th St., NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005

　　　　　　　　　　　　　　　　　　　　　　　　paul.nathanson@davispolk.com
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 202-962-7055
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-962-7090