AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Meta Platforms, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03562-RDM |
| Federal Trade Commission, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants.

Date: 12/04/2023

/s/ Cynthia Liao
*Attorney's signature*

Cynthia Liao, CA Bar. No. 301818
*Printed name and bar number*

1100 L St. NW
Washington, DC 20005
*Address*

cynthia.f.liao@usdoj.gov
*E-mail address*

(202) 531-1325
*Telephone number*

*FAX number*