UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-03562-RDM <br><br> Judge Randolph D. Moss |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Federal Trade Commission (FTC), Lina M. Khan, Rebecca Slaughter, and Alvaro Bedoya move for a one-week extension of their deadline to respond to Plaintiff's motion for preliminary injunction ("PI Motion") from December 6, 2023 to December 13, 2023.

Good cause and extraordinary circumstances support this request for an extension of time, for the following reasons:

1. Plaintiff Meta Platforms, Inc. filed its PI Motion simultaneously with its complaint on November 29, 2023. Dkt. 1, 4. Plaintiff seeks to enjoin administrative proceedings in *In re Facebook*, No. C-4365, currently pending before the FTC, where it had a December 11, 2023 deadline to respond to an order to show cause. Dkt. 4 at 1; Dkt. 4-1 at 7.

2. Under Local Civil Rule 65.1(c), Defendants' response to the PI Motion is due December 6, 2023.

3. On December 4, 2023, the Court ordered the parties to file on or before December 7, 2023, a joint report and proposed scheduling order pursuant to Local Civil Rule 16.3(d) (requiring report regarding timing for dispositive motions, discovery, and other issues listed in Local

1

Civil Rule 16.3(c)). The Court also set a scheduling conference on the PI Motion on December 8, 2023, 10 a.m.

4. The parties met and conferred on December 5, 2023 and are preparing a joint report and proposed scheduling order.

5. In the afternoon of December 6, 2023, the FTC issued an order extending Meta's response deadline in the underlying administrative proceedings from December 11, 2023 to January 31, 2024. *See In re Facebook*, No. C-4365, Order (FTC Dec. 6, 2023) (attached as Ex. A).

6. In light of the FTC's order, the parties intend to file a joint report by tomorrow, December 7, 2023, proposing a longer briefing schedule to allow time for the parties to address and the Court to consider the complex constitutional claims raised in Plaintiff's complaint.

7. Extending Defendants' deadline for responding to the PI motion would allow the Court to consider the parties' joint report and give the parties the opportunity to discuss the timing of the PI motion and the rest of this case with the Court at the December 8, 2023 scheduling conference.

8. This is Defendants' first request for an extension.

9. No party will be prejudiced by this extension.

10. Undersigned counsel conferred with counsel for Plaintiff on December 6, 2023. In light of the FTC's extension of Plaintiff's deadline to respond to the order to show cause through January 31, 2024, Plaintiff does not object to extending Defendants' PI response deadline to December 13, 2023 so long as Defendants agree to an extension of Plaintiff's reply brief deadline to December 27, 2023. Defendants have no objection to extending Plaintiff's reply brief deadline to December 27, 2023.

For these reasons, the Court should grant this motion and extend Defendants' PI response deadline to December 13, 2023.

Dated: December 6, 2023                     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Cynthia Liao*
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*