PUBLIC

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

| COMMISSIONERS: | Lina M. Khan, Chair |
| | Rebecca Kelly Slaughter |
| | Alvaro M. Bedoya |

---

**In the Matter of**

**FACEBOOK, Inc.,**
    **a corporation,**

         **Respondent.**

**Docket No. C-4365**

---

**ORDER FURTHER EXTENDING
TIME FOR RESPONDENT'S ANSWER**

    Respondent's Answer to the Commission's Order to Show Cause in this proceeding is due on December 11, 2023. However, several developments that may affect the course of this proceeding recently have occurred. On November 27, 2023, the United States District Court for the District of Columbia denied a motion by Facebook (now known as Meta) to enjoin the reopening of the FTC's administrative proceeding. *United States v. Facebook, Inc.*, 2023 WL 8190858 (D.D.C. Nov. 27, 2023). The court determined that it lacked enforcement jurisdiction over a 2020 FTC administrative order that it found was not part of a stipulated order previously entered by the district court. *Id.* Meta has appealed that ruling and has requested an emergency injunction staying the administrative proceeding pending resolution of the appeal. On November 29, 2023, Meta also filed a new complaint (assigned now to a new judge) in the United States District Court for the District of Columbia, raising constitutional arguments and seeking to preliminarily and permanently enjoin the administrative proceeding.

    Commission Rule of Practice 4.3(b) provides that the Commission may extend for good cause shown any time limit prescribed by its rules or orders. 16 C.F.R. § 4.3(b). We find that under the circumstances presented, the desirability of initially coordinating the scheduling of the multiple proceedings and actions at issue provides good cause to extend the deadline for Respondent's Answer until January 31, 2024.

    Accordingly,

    **IT IS HEREBY ORDERED THAT** Respondent's Answer, if any, to the Commission's Order to Show Cause shall be due on January 31, 2024.

By the Commission.

*Joel Christie*
Joel Christie
Acting Secretary

SEAL:
ISSUED: 12/6/2023