**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC., | |
| *Plaintiff*, | Case No. 1:23-cv-03562-RDM |
| v. | Judge Randolph D. Moss |
| FEDERAL TRADE COMMISSION, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE TO**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Having considered Defendants' Unopposed Motion for Extension of Time to File Response

to Plaintiff's Motion for Preliminary Injunction and finding that good cause and extraordinary

circumstances warrant it, the Court hereby GRANTS the Motion.  Defendants shall file their

response to Plaintiff's motion for preliminary injunction on or before December 13, 2023.


Dated: _____                              _____

                                            RANDOLPH D. MOSS
                                            United States District Judge

**Attorneys to be Served (Local Civil Rule 7(k))**

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York, 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
Michael.Scheinkman@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDELL LLP
901 15th St., NW
Washington, DC 20005
TEL: (202) 962-7000
paul.nathanson@davispolk.com

*Counsel for Plaintiff*

CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*