**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC., | |
| Plaintiff, | |
| v. | |
| THE FEDERAL TRADE COMMISSION, | Case No. 1:23-cv-3562 |
| – and – | |
| LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission, | |
| Defendants. | |

**JOINT MEET & CONFER STATEMENT AND
PROPOSED SCHEDULING ORDER**

Pursuant to Local Civil Rule ("LCvR") 16.3(c) and the Court's December 4, 2023 Minute Order, the Parties respectfully submit the following Joint Meet and Confer Statement and Proposed Scheduling Order.

**STATEMENT OF THE CASE**

Plaintiff Meta Platforms, Inc. brought this action against the Federal Trade Commission (the "FTC" or "Commission") and its Commissioners to challenge the allegedly structurally unconstitutional authority exercised by Defendants in an administrative proceeding in which the Commission has proposed to modify the Parties' 2020 consent order. *See In the Matter of Facebook, Inc.*, FTC File No. C-4365 (the "FTC Proceeding" or "Proceeding"). Plaintiff seeks to enjoin Defendants from further action in the FTC Proceeding and for declaratory judgment. Plaintiff asserts violations of Articles I, II, and III of the U.S. Constitution, the Fifth

Amendment's Due Process Clause, and the Seventh Amendment's right to a jury trial.  Compl.

¶¶ 66-88.

 Plaintiff has moved this Court for a preliminary injunction to enjoin the FTC Proceeding

(the "Pending Motion").  *See* Dkt. No. 4.  At the time Plaintiff filed the Pending Motion, its

deadline to respond in the FTC Proceeding was December 11, 2023.  On December 6, 2023, the

Commission extended that deadline through January 31, 2024.[1]  The Parties' proposed

scheduling order reflects this new deadline.

 Defendants filed an unopposed motion to extend their deadline to respond to the Pending

Motion until December 13, 2023.  *See* Dkt. No. 11.

## LCvR 16.3(c) TOPICS

### I. Dispositive Motions [LCvR 16.3(c)(1)]

 Defendants' current deadline to respond to Plaintiff's Complaint is January 29, 2024. Fed.

R. Civ. P. 12(a)(2). Defendants anticipate filing a cross-motion to dismiss (the "Cross-Motion"),

consolidated with their opposition to Plaintiff's motion for preliminary injunction.  Plaintiff will

oppose any such motion.  Without waiving any rights, the Parties have agreed to a proposed

briefing schedule with respect to the Pending Motion and the Cross-Motion (set forth in Section

XII below), and have further agreed to submit an updated Joint Meet and Confer Statement within

30 days of the resolution of the Pending Motion and the Cross-Motion, if any, to address a schedule

for the remainder of the action.

### II. Joinder, Amendment of Pleadings and Narrowing of Issues [LCvR 16.3(c)(2)]

---

[1] *See In the Matter of Facebook, Inc.*, FTC File No. C-4365, Order Further Extending Time for Respondent's Answer (Dec. 6, 2023), *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/c4365_facebook_otsc_third_extension_unsigned.pdf.

Plaintiff does not, at this time, plan to join any parties or to amend its Complaint. Plaintiff reserves all rights, including the right to amend the Complaint pursuant to the Federal Rules of Civil Procedure and if allowed by the Court following the Cross-Motion.

Defendants do not, at this time, plan to join any parties. Defendants have not yet filed an Answer.

### III.   Consent to a Magistrate Judge for All Purposes [LCvR 16.3(c)(3)]

The Parties do not consent to the assignment of this case to a magistrate judge for all purposes, including trial.

### IV.   Settlement [LCvR 16.3(c)(4)]

The Parties do not believe that there is a realistic possibility of settling the case at this time.

### V.   ADR Procedures [LCvR 16.3(c)(5)]

There have been no alternative dispute resolution ("ADR") efforts to date. The Parties do not believe that the case would benefit from the Court's ADR procedures, or some other form of ADR, at this time. Counsel for the Parties have discussed this issue with their respective clients.

### VI.   Further Dispositive Motions [LCvR 16.3(c)(6)]

Plaintiff expects that, after an opportunity for adequate discovery, it will file a motion for summary judgment. Defendants anticipate opposing any such motion and filing a cross-motion for summary judgment. The Parties have agreed to submit an updated Joint Meet and Confer Statement within 30 days of the resolution of the Pending Motion and the Cross-Motion to address timing for any further dispositive motions.

### VII.   Initial Disclosures [LCvR 16.3(c)(7)]

The Parties have agreed to submit an updated Joint Meet and Confer Statement within 30 days of the resolution of the Pending Motion and the Cross-Motion to address Rule 26(a)(1) initial disclosures.

## VIII.   Discovery Matters [LCvR 16.3(c)(8)-(10)]

Plaintiff believes that it is entitled to discovery with respect to the claims set forth in its Complaint, *see* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case."), and has agreed to defer such discovery until after the resolution of the Pending Motion and the Motion to Dismiss.

Defendants believe that discovery is unnecessary and would be unduly burdensome in this case as the claims present pure legal issues.

The Parties have agreed to submit an updated Joint Meet and Confer Statement within 30 days of the resolution of the Pending Motion and the Cross-Motion to address the discovery matters set forth in LCvR 16.3(c)(8)-(10).

## IX.   Expert Matters [LCvR 16.3(c)(11)]

The Parties have agreed to submit an updated Joint Meet and Confer Statement within 30 days of the resolution of the Pending Motion and the Cross-Motion to address the expert matters set forth in LCvR 16.3(c)(11).

## X.   Class Actions [LCvR 16.3(c)(12)]

Not applicable.

## XI.   Trial Matters [LCvR 16.3(c)(13)-(15)]

The Parties have agreed to submit an updated Joint Meet and Confer Statement within 30 days of the resolution of the Pending Motion and the Cross-Motion to address the trial matters set forth in LCvR 16.3(c)(13)-(15).

## XII.   Other Matters [LCvR 16.3(c)(16)]

Consistent with the Court's December 4 minute order, the Parties conferred by telephone on December 5 and December 6 to discuss the Joint Meet and Confer Statement.

As a result of those discussions, the Parties have agreed to a schedule for briefing on Plaintiff's Pending Motion and Defendants' anticipated Cross-Motion with a goal of allowing both motions to be briefed and heard before Plaintiff's current January 31 deadline in the FTC Proceeding:

- Defendants' Opposition to the Pending Motion, and Cross-Motion, if any: December 13, 2023.

- Plaintiff's Reply and response to Defendants' Cross-Motion, if any: December 27, 2023.

- Defendants' Reply in support of their Cross-Motion, if any: January 10, 2024.

- Hearing on the Pending Motion and Cross-Motion, if any: January 17 or 18, 2024, or as the Court's schedule allows.

DATED: December 7, 2023                    Respectfully submitted,

                                           */s/ James P. Rouhandeh*

                                           _____

                                           James P. Rouhandeh (DDC Bar No. NY0390)
                                           Michael Scheinkman (DDC Bar No. NY0381)
                                           DAVIS POLK & WARDWELL LLP
                                           450 Lexington Avenue
                                           New York, New York, 10017
                                           Tel: (212) 450-4000
                                           Email: rouhandeh@davispolk.com

                                           Paul J. Nathanson (DDC Bar No. 982269)
                                           DAVIS POLK & WARDWELL LLP
                                           901 15th St., NW
                                           Washington, DC 20005
                                           Tel: (202) 962-7000
                                           Email: paul.nathanson@davispolk.com

                                           *Attorneys for Plaintiff Meta Platforms, Inc.*

                                           BRIAN M. BOYNTON
                                           Principal Deputy Assistant Attorney General

                                           CHRISTOPHER HALL

Assistant Branch Director

*/s/ Cynthia Liao*
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL TRADE COMMISSION, <br><br> – and – <br><br> LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission, <br><br> Defendants. | Case No. 1:23-cv-3562 |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Joint Meet and Confer Statement, it is hereby

ORDERED that:

- Defendants' Opposition to the Preliminary Injunction Motion (Dkt. No. 4) is due December 13, 2023. Defendants may consolidate their Opposition with a Motion to Dismiss Plaintiff's Complaint.

- Plaintiff's Reply in support of its Preliminary Injunction Motion and response to any Motion to Dismiss is due December 27, 2023.

- Defendants' Reply in support of any Motion to Dismiss is due January 10, 2024.

- The hearing on the Preliminary Injunction Motion and any motion to dismiss shall take place on [_____].

- Within 30 days of the later of the Court's decision on the Preliminary Injunction Motion and the Court's decision on the Motion to Dismiss, the Parties shall submit a revised Joint Meet and Confer Statement and Proposed Scheduling Order.

Dated:_____, 2023      _____

HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

Cc:  All counsel of record via ECF