Case No. 1:23-cv-03562

META PLATFORMS, INC.,

Plaintiff,

AFFIDAVIT
OF SERVICE BY MAIL

v.

THE FEDERAL TRADE COMMISSION, et al.

Defendants.

STATE OF NEW YORK         )
                        s.s.:)
COUNTY OF NEW YORK     )

I, Yong Shi Liang, being duly sworn, depose and say, I am not a party in this action and am over the age of eighteen years and reside in the state of New York.

On December 5, 2023, I mailed a Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Motion for Preliminary Injunction Enjoining Defendants from Proceeding in The Administrative Proceeding Against Plaintiff, Notice of Right to Consent to Trial before a United States Magistrate Judge 10.1, and Standing Order in Civil Cases upon the **Rebecca Kelly Slaughter, as Commissioner of the Federal Trade Commission in her official capacity** at 600 Pennsylvania Avenue, NW, Washington, DC 20580 through certified mail return receipt with tracking number 9589 0710 5270 1009 6996 67.

_____
Yong Shi Liang

Sworn to before me this
6th Of December, 2023

_____
Notary Public
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027

