UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 1:23-cv-03562

META PLATFORMS, INC.,

Plaintiff,

AFFIDAVIT
OF SERVICE BY MAIL

v.

THE FEDERAL TRADE COMMISSION, et al.

Defendants.

STATE OF NEW YORK      )
                                          s.s.:)
COUNTY OF NEW YORK      )

     I, Yong Shi Liang, being duly sworn, depose and say, I am not a party in this action and am over the age of eighteen years and reside in the state of New York.

     On December 5, 2023, I mailed a Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Motion for Preliminary Injunction Enjoining Defendants from Proceeding in The Administrative Proceeding Against Plaintiff, Notice of Right to Consent to Trial before a United States Magistrate Judge 10.1, and Standing Order in Civil Cases upon the **Alvaro Bedoya, as Commissioner of the Federal Trade Commission in his official capacity** at 600 Pennsylvania Avenue, NW, Washington, DC 20580 through certified mail return receipt with tracking number 9589 0710 5270 1009 6996 81.

_____
Yong Shi Liang

Sworn to before me this
6th Of December, 2023

_____
Notary Public
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  Alvaro Bedoya, as Commissioner of the
Federal Trade Commission in his official
Street and Apt. No., or PO Box No.
600 Pennsylvania Avenue, NW
City, State, ZIP+4®
Washington, DC 20580

9589 0710 5270 1009 6996 81

PS Form 3800, January 2023 PSN 7530-02-000-9047        See Reverse for Instructions