#307852

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**META PLATFORMS, INC.,**                                                CASE NO. : 1:23-CV-03562

                                                                                    *Plaintiff*

                                        **vs**

**THE FEDERAL TRADE COMMISSION, et al.**

                                                                                    *Defendant*

# AFFIDAVIT OF SERVICE

District of Columbia  }

                ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Washington, D.C.

That on **12/05/2023** at **4:04 PM** at **601 D Street, NW, Washington, DC 20004**

deponent served a(n) **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Notice of Right to Consent to Trail Before a United States Magistrate Judge (9-1),  Motion for Preliminary Injunction Enjoining Defendants from Proceeding in the Administrative Proceeding Against Plaintiff, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, Exhibit A- Declaration of James P. Rouhandeh in Support of Plaintiff's Motion for Preliminary Injunction with Exhibit 1 [Proposed] Order on Plaintiff's Motion for Preliminary Injunction, Standing Order in a Civil Cases with Appendixes 1 to 2**

on **Civil Process Clerk – United States Attorney's Office for the District of Columbia**, accepted by **Elena Haramalis,**

**Paralegal**, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin:  White
Hair:  Brown
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight:161-200 Lbs.
Other:

Sworn to before me this

7TH day of December 2023

Cora Reishman
Notary Public, District of Columbia
My Commission Expires 3/14/2026

Jaydan Donelson
—————————————
Jaydan Donelson