UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

META PLATFORMS, INC.,

                              Plaintiff,

v.

THE FEDERAL TRADE COMMISSION, et al.

                              Defendants.

Case No. 1:23-cv-03562

AFFIDAVIT
OF SERVICE BY MAIL

STATE OF NEW YORK         )
                                   s.s.:)
COUNTY OF NEW YORK     )

      I, Yong Shi Liang, being duly sworn, depose and say, I am not a party in this action and am over the age of eighteen years and reside in the state of New York.

      On December 5, 2023, I mailed a Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Motion for Preliminary Injunction Enjoining Defendants from Proceeding in The Administrative Proceeding Against Plaintiff, Notice of Right to Consent to Trial before a United States Magistrate Judge 10.1, and Standing Order in Civil Cases upon the **Alvaro Bedoya, as Commissioner of the Federal Trade Commission in his official capacity** at 600 Pennsylvania Avenue, NW, Washington, DC 20580 through certified mail return receipt with tracking number 9589 0710 5270 1009 6996 81.

                                                                  Yong Shi Liang

Sworn to before me this
6th Of December, 2023

Notary Public
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701009699681

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 9:57 am on December 7, 2023 in WASHINGTON, DC 20580.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20580
December 7, 2023, 9:57 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                      ⌄

USPS Tracking Plus®                                                        ⌄

Product Information                                                        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**