## LIST OF EXHIBITS

The following documents are attached for the Court's convenience. They can also be found in the Legal Library on the FTC's website, https://www.ftc.gov/legal-library/browse/cases-proceedings (search for "Facebook").

| Exhibit # | Description |
| --- | --- |
| A | 2011 Complaint |
| B | 2011 Agreement Containing Consent Order |
| C | 2012 Administrative Order |
| D | 2019 Complaint, *United States v. Facebook*, No. 1:19-cv-02184 (D.D.C.) |
| E | 2020 Stipulated Order for Civil Penalty, Monetary Judgment and Injunctive Relief, *United States v. Facebook*, No. 1:19-cv-02184 (D.D.C.) |
| F | 2020 Administrative Order |
| G | 2021 Independent Assessor Report |
| H | 2023 Order to Show Cause (public redacted version) |
| I | Attachment to 2023 Order to Show Cause: Proposed Modified Decision and Order (public redacted version) |
| J | Attachment to 2023 Order to Show Cause: Preliminary Findings of Fact (public redacted version) |