UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., *Plaintiff*, v. FEDERAL TRADE COMMISSION, *et al.*, *Defendants*. | Case No. 1:23-cv-03562-RDM<br><br>Judge Randolph D. Moss |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the parties' submissions, Plaintiff's Motion for Preliminary Injunction is DENIED and Defendants' Motion to Dismiss is GRANTED. Plaintiffs' Complaint is hereby DISMISSED with prejudice.

Dated: _____                                      _____

RANDOLPH D. MOSS
United States District Judge

**Attorneys to be Served (Local Civil Rule 7(k))**

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York, 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
Michael.Scheinkman@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDELL LLP
901 15th St., NW
Washington, DC 20005
TEL: (202) 962-7000
paul.nathanson@davispolk.com

*Counsel for Plaintiff*

CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*