# EXHIBIT K

PUBLIC

## UNITED STATES OF AMERICA
## BEFORE THE FEDERAL TRADE COMMISSION

**COMMISSIONERS:**       **Lina M. Khan, Chair**
                         **Rebecca Kelly Slaughter**
                         **Alvaro M. Bedoya**

| | |
|---|---|
| **In the Matter of**<br><br>**FACEBOOK, INC.,**<br>  **a corporation.**<br><br><br>  **Respondent.** | **Docket No. C-4365** |

### ORDER FURTHER EXTENDING TIME FOR RESPONDENT'S ANSWER

On November 29, 2023, Facebook (now known as Meta Platforms, Inc. ("Meta")) filed a complaint in the United States District Court for the District of Columbia raising constitutional arguments about this administrative proceeding and seeking to preliminarily and permanently enjoin the action. Meta Platforms, Inc. v. FTC, Case No. 1:23-cv-3562-RDM (D.D.C Nov. 29, 2023). The Commission opposed Meta's motion for a preliminary injunction and moved to dismiss Meta's complaint. The court has scheduled a hearing on the motion for January 29, 2024.

Respondent's Answer to the Commission's Order to Show Cause in this proceeding is due on January 31, 2024. Commission Rule of Practice 4.3(b) provides that the Commission may extend for good cause shown any time limit prescribed by its rules or orders. 16 C.F.R. § 4.3(b). We find that under the circumstances presented, there is good cause to extend the deadline for Respondent's Answer until March 15, 2024.

Accordingly,

**IT IS HEREBY ORDERED THAT** Respondent's Answer, if any, to the Commission's Order to Show Cause shall be due on March 15, 2024.

By the Commission.

PUBLIC

April J. Tabor
Secretary



SEAL:
ISSUED: 1/9/2024