**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>        Defendants. | Case No. 1:23-cv-03562-RDM |

**[PROPOSED] ORDER ON
PLAINTIFF' MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff's Motion for Leave to File Surreply is GRANTED.

Dated: _____

_____
The Honorable Randolph D. Moss

LCvR 7(k) Attorney to Be Notified

BRIAN M. BOYNTON
CHRISTOPHER HALL
CYNTHIA LIAO

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005

*Counsel for Defendants*