UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-03562-RDM <br><br> Judge Randolph D. Moss |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

At the motion hearing on March 1, 2024, the Court requested that Defendants provide a citation to the rule regarding the separation of functions between the Commission and FTC enforcement staff. The rule is codified at 16 C.F.R. § 4.7. "[E]xcept to the extent required for the disposition of ex parte matters as authorized by law," § 4.7(b) prohibits ex parte communications "relevant to the merits" of an adjudicative proceeding between any "employee or agent of the Commission who performs investigative or prosecuting functions in adjudicative proceedings" and the Commission, the Administrative Law Judge, or "any other employee . . . involved in the decisional process in the proceeding." As relevant here, the prohibition applies "in an adjudicative proceeding from the time the Commission votes . . . to issue an order to show cause pursuant to § 3.72(b) . . . until the time the Commission votes to enter its decision in the proceeding and the time permitted by § 3.55 to seek reconsideration of that decision has elapsed." *Id.* § 4.7(e).

|  |  |
|---|---|
| Dated: March 4, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>CHRISTOPHER HALL<br>Assistant Branch Director<br><br><u>*/s/ Cynthia Liao*</u><br>CYNTHIA LIAO (CA Bar No. 301818)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. N.W.<br>Washington, DC 20005<br>Tel: (202) 531-1325<br>Fax: (202) 616-8470<br>cynthia.f.liao@usdoj.gov<br><br>*Counsel for Defendants* |