UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-03562-RDM <br><br> Judge Randolph D. Moss |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

At the motion hearing on March 1, 2024, the Court asked about the status of the nominations to the two vacant Commissioner seats. On March 7, 2024, the Senate confirmed the nominations of Andrew Ferguson and Melissa Holyoak (Republicans) to those seats. The Senate also confirmed the nomination of Defendant Commissioner Rebecca Kelly Slaughter (Democrat) to a second term. PN 304 Nomination of Rebecca Kelly Slaughter to Federal Trade Commission, 118th Cong. (2023-2024); PN 799 Nomination of Andrew N. Ferguson to Federal Trade Commission, 118th Cong. (2023-2024); PN 801 Nomination of Melissa Holyoak to Federal Trade Commission, 118th Cong. (2023-2024).

Dated: March 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Cynthia Liao*
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 531-1325
Fax: (202) 616-8470
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*