UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-03562-RDM <br><br> Judge Randolph D. Moss |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

At the motion hearing on March 1, 2024, the Court asked about the status of Meta's appeal of Judge Kelly's order, *United States v. Facebook, Inc.*, No. 19-2184 (TJK), 2023 WL 8190858 (D.D.C. Nov. 27, 2023). On March 12, 2024, the D.C. Circuit denied Meta's motion for an injunction pending appeal, finding that Meta had not satisfied any of the "stringent requirements" for an injunction pending appeal. *United States v. Facebook*, No. 23-5280, Order at 1 (Mar. 12, 2024) (per curiam) (attached).  With regard to the balance of equities and public interest factors, the Court observed that "[t]he FTC's order to show cause asserts reason to believe that, among other things, [Meta] failed to establish and implement an effective privacy program as mandated by the 2020 FTC order. The FTC's stated concerns implicate important public interests[.]" *Id.* at 2.

1

Dated: March 13, 2024                                  Respectfully submitted,

                                                                BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

<u>*/s/ Cynthia Liao*</u>
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 531-1325
Fax: (202) 616-8470
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*