IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

META PLATFORMS, INC.,

        Plaintiff,

v.

THE FEDERAL TRADE COMMISSION,

– and –

LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,

Defendants.

Case No. 1:23-cv-3562

## NOTICE

Plaintiff Meta Platforms, Inc. ("Meta") respectfully submits this notice regarding its pending Motion for Preliminary Injunction Enjoining Defendants from Proceeding in the Administrative Proceeding Against Plaintiff, filed on November 29, 2023 (Dkt. 4) (the "Motion").

As the Court is aware, Meta's current deadline to respond to Defendant's order to show cause is tomorrow, March 15. (Dkt. 22-1.) Given the imminent deadline, Meta respectfully renews its request that, to the extent the Court may not grant the Motion by March 15, it issue an administrative stay of the March 15 deadline to allow Plaintiff to seek injunctive relief pending appeal. (*See* Dkt. 20 at 50.)

DATED: March 14, 2024

Respectfully submitted,

*/s/ James P. Rouhandeh*

1

        James P. Rouhandeh (DDC Bar No. NY0390)
        Michael Scheinkman (DDC Bar No. NY0381)
        David B. Toscano (*pro hac vice* forthcoming)
        John A. Atchley III (*pro hac vice* forthcoming)
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, New York 10017
        Tel: (212) 450-4000
        Email: rouhandeh@davispolk.com

        Paul J. Nathanson (DDC Bar No. 982269)
        DAVIS POLK & WARDWELL LLP
        901 15th St., NW
        Washington, DC 20005
        Tel: (202) 962-7000
        Email: paul.nathanson@davispolk.com

        *Attorneys for Plaintiff Meta Platforms, Inc.*