### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>Defendants. | Case No. 1:23-cv-3562 |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Meta Platforms, Inc., by and through its undersigned counsel of record, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order (Dkt. No. 31) entered in this action on March 14, 2024.

DATED: March 15, 2024

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

*Counsel for Plaintiff Meta Platforms, Inc.*