UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br>    *Plaintiff*, <br><br>  v. <br><br>FEDERAL TRADE COMMISSION, *et al,* <br><br>    *Defendants*. | Civil Action No. 23-3562 (RDM) |

## ORDER

For the reasons stated on the record at the Court's March 15, 2024 Status Hearing, it is hereby **ORDERED** that Meta's consent motion for a one-week administrative stay is **GRANTED**. It is further **ORDERED** that, consistent with the parties' agreement, the administrative proceeding in *In the Matter of Facebook, Inc.*, FTC File No. C-4365, is administratively **STAYED** until March 22, 2024 at 5:00 p.m.

    **SO ORDERED**.

                                                /s/ Randolph D. Moss
                                                RANDOLPH D. MOSS
                                                United States District Judge

Date:  March 15, 2024