IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>    Defendants. | Case No. 1:23-cv-3562 |

**JOINT MEET & CONFER STATEMENT AND**
**<u>PROPOSED SCHEDULING ORDER</u>**

  Pursuant to the Joint Meet & Confer Statement and Proposed Scheduling Order (Dkt. 12), the Parties "agreed to submit an updated Joint Meet and Confer Statement within 30 days of the resolution" of Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss. (Dkt. 12 at 2.)

  With the Court having resolved those motions on March 14, 2024 (*see* Dkt. 31), the Parties respectfully submit this updated Joint Meet & Confer Statement proposing that: (1) the above-captioned action be stayed pending a decision by the Supreme Court in *SEC v. Jarkesy*, 143 S. Ct. 2688 (2023); and (2) the Parties submit a further Joint Meet & Confer Statement within 14 days of such decision.

1

DATED: April 15, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ James P. Rouhandeh*

　　　　　　　　　　　　　　　　　　James P. Rouhandeh (DDC Bar No. NY0390)
　　　　　　　　　　　　　　　　　　Michael Scheinkman (DDC Bar No. NY0381)
　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP
　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　Tel: (212) 450-4000
　　　　　　　　　　　　　　　　　　Email: rouhandeh@davispolk.com

　　　　　　　　　　　　　　　　　　Paul J. Nathanson (DDC Bar No. 982269)
　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP
　　　　　　　　　　　　　　　　　　901 15th St., NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Tel: (202) 962-7000
　　　　　　　　　　　　　　　　　　Email: paul.nathanson@davispolk.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Meta Platforms, Inc.*


　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　CHRISTOPHER HALL
　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　*/s/ Cynthia Liao*

　　　　　　　　　　　　　　　　　　CYNTHIA LIAO (CA Bar No. 301818)
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division,
　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　(202) 531-1325
　　　　　　　　　　　　　　　　　　cynthia.f.liao@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>        Defendants. | Case No. 1:23-cv-3562 |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Joint Meet & Confer Statement, it is hereby ORDERED that:

- The above-captioned action is stayed pending a decision by the Supreme Court in *SEC v. Jarkesy*, 143 S. Ct. 2688 (2023); and

- The Parties shall submit a further Joint Meet & Confer Statement within 14 days of such decision.

Dated:_____, 2024   _____

                                                        HON. RANDOLPH D. MOSS
                                                        UNITED STATES DISTRICT JUDGE

Cc:   All counsel of record via ECF