IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA,<br>in their official capacities as Commissioners of the Federal Trade Commission,<br><br>    Defendants. | Case No. 1:23-cv-3562 |

**JOINT STATUS REPORT AND
<u>PROPOSED SCHEDULING ORDER</u>**

  Pursuant to the Court's Minute Order, dated April 16, 2024, staying the above-captioned action and directing the Parties to file a joint status report within 14 days of the Supreme Court's decision in *SEC v. Jarkesy*, 603 U.S. \_\_\_, 2024 WL 3187811 (June 27, 2024), the Parties respectfully submit this Joint Status Report and Proposed Scheduling Order for the Court's consideration.

  Defendants intend to file a renewed motion to dismiss Plaintiff's Complaint, and the parties have agreed, subject to the Court's approval, to incorporate by reference arguments made in their earlier briefs in connection with Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss, and to limit briefing on Defendants' renewed motion to Plaintiff's claims under Article III of the U.S. Constitution (Count IV) and the Seventh Amendment (Count V).

1

The Parties respectfully propose, subject to the Court's approval, the following schedule: (1) Defendants shall file any renewed motion to dismiss on or before August 14, 2024; (2) Plaintiff shall file any opposition to Defendants' renewed motion to dismiss on or before September 13, 2024; and (3) Defendants shall file any reply in further support of their renewed motion to dismiss on or before October 4, 2024.

DATED: July 11, 2024

Respectfully submitted,

/s/ James P. Rouhandeh

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th St., NW
Washington, DC 20005
Tel: (202) 962-7000
Email: paul.nathanson@davispolk.com

*Attorneys for Plaintiff Meta Platforms, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

/s/ Cynthia Liao

CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

(202) 531-1325
cynthia.f.liao@usdoj.gov

*Attorneys for Defendants*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>      Defendants. | Case No. 1:23-cv-3562 |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby ORDERED that:

- The stay of proceedings in the above-captioned action is lifted;

- Defendants shall file any renewed motion to dismiss on or before August 14, 2024;

- Plaintiff shall file any opposition to Defendants' renewed motion to dismiss on or before September 13, 2024; and

- Defendants shall file any reply in further support of their motion to dismiss on or before October 4, 2024.

- The parties may incorporate by reference the arguments made in their earlier briefs in connection with Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss, and shall otherwise limit briefing on Defendants' renewed motion to Plaintiff's claims under Article III of the U.S. Constitution (Count IV) and the Seventh Amendment (Count V).

Dated:_____, 2024      _____

                                                           HON. RANDOLPH D. MOSS
                                                           UNITED STATES DISTRICT JUDGE

Cc: All counsel of record via ECF