IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>   Defendant. | Case No. 1:23-cv-3562 |

## DECLARATION OF DAVID B. TOSCANO IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*

I, David B. Toscano declare pursuant to 28 U.S.C. § 1746 as follows:

1. I certify that I am eligible for admission to this Court pursuant to Local Rule 83.2.

2. I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, New York 10017. My work telephone number is (212) 450-4515.

3. I have been admitted to and am a member in good standing of the bars of the District of Columbia and the State of New York. I am also a member in good standing of the following federal bars: U.S. Supreme Court; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York and U.S. District Court for the District of Colorado.

4. I have never been disciplined by any bar and my certificate of good standing from the State of New York is attached hereto.

5. I was admitted *pro hac vice* in this Court once in the past two years. On September 27, 2023, I was admitted in *United States v. Facebook, Inc.*, No. 1:19-cv-02184-TJK.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:	August 22, 2024	Respectfully submitted,

 	 	_____
 	 	David B. Toscano
 	 	DAVIS POLK & WARDWELL LLP
 	 	450 Lexington Avenue
 	 	New York, New York 10017
 	 	Tel. (212) 450-4515
 	 	david.toscano@davispolk.com