IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>　　　　　Defendant. | Case No. 1:23-cv-3562 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion for Admission *Pro Hac Vice* for David B. Toscano, and the accompanying Declaration of Mr. Toscano, filed by Plaintiff Meta Platforms, Inc., it is hereby:

**ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* is **GRANTED**.


DATED: _____, 2024　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge