IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>　　　　　Defendants. | Case No. 1:23-cv-03562-RDM |

**[PROPOSED] ORDER ON
DEFENDANTS' RENEWED MOTION TO DISMISS**

　　Having considered the parties' submissions and the arguments of counsel,

Defendants' Renewed Motion to Dismiss is DENIED.

　　Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Randolph D. Moss

<u>LCvR 7(k) Attorney to Be Notified</u>

BRIAN M. BOYNTON
CHRISTOPHER HALL
CYNTHIA LIAO

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005

*Counsel for Defendants*