UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., *Plaintiff*, v. FEDERAL TRADE COMMISSION, *et al.*, *Defendants*. | Case No. 1:23-cv-03562-RDM  Judge Randolph D. Moss |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendants Federal Trade Commission (FTC), Lina M. Khan, Rebecca Slaughter, and Alvaro Bedoya move for a two-week extension of their deadline to file a reply brief in support of their motion to dismiss, Dkt. 38, from October 4 to October 18, 2024.

Good cause supports this request for an extension of time, for the following reasons:

1. On April 16, 2024, this Court stayed this matter pending the Supreme Court's decision in *SEC v. Jarkesy*. After the Supreme Court decided *SEC v. Jarkesy*, 144 S. Ct. 2117 (2024), Defendants filed a renewed motion to dismiss on August 14, 2024. As directed by the Court, the motion is focused on Plaintiff Meta Platforms, Inc.'s Seventh Amendment and Article III challenges to the FTC's administrative proceedings. Dkt. 38; Minute Order (July 12, 2024).

2. Plaintiff filed its opposition on September 13. Dkt. 41.

3. Defendants' reply is due October 4. Minute Order, July 12, 2024.

4. Defendants' undersigned counsel has numerous dispositive motion briefs in other cases due on September 25, November 1, November 8, November 20, November 22, and

1

December 15, and December 20, 2024, in addition to other assignments. Also, the undersigned will be traveling on September 27-October 4 and will be attending training on October 8-10 and November 7-8, 2024.

5. A short, two-week extension of Defendants' reply brief deadline to October 18 will allow Defendants' counsel adequate time to prepare a reply brief to better assist the Court in resolving the complex constitutional issues raised in Plaintiff's complaint.

6. No party will be prejudiced by this extension.

7. Undersigned counsel conferred with counsel for Plaintiff and Plaintiff does not object to this extension.

For these reasons, the Court should grant this motion and extend Defendants' reply brief deadline to October 18, 2024.

Dated: September 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Cynthia Liao*
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*