UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., *Plaintiff*, v. FEDERAL TRADE COMMISSION, *et al.*, *Defendants*. | Case No. 1:23-cv-03562-RDM Judge Randolph D. Moss |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Having considered Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss and finding good cause, the Court hereby GRANTS the Motion. Defendants shall file their reply brief on or before October 18, 2024.

Dated: _____                                    _____

RANDOLPH D. MOSS
United States District Judge

**Attorneys to be Served (Local Civil Rule 7(k))**

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
David B. Toscano (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York, 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDELL LLP
901 15th St., NW
Washington, DC 20005
TEL: (202) 962-7000
paul.nathanson@davispolk.com

*Counsel for Plaintiff*

CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*