UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., | |
| Plaintiff, | Case No. 1:23-cv-03562-RDM |
| v. | Judge Randolph D. Moss |
| FEDERAL TRADE COMMISSION, *et al.*, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF CHANGE IN POSITION**

Defendants' renewed motion to dismiss is currently pending before the Court. *See* Dkt. 38. Defendants respectfully submit this Notice to inform the Court that the then-Acting Solicitor General has decided that the for-cause removal protections for the Commissioners of the Federal Trade Commission in 15 U.S.C. § 41 do not comport with the separation of powers and Article II, and that the Department of Justice will no longer defend the constitutionality of those statutory provisions. *See* Ex. 1 (Acting Solicitor General's 28 U.S.C. § 530D letter to Congress regarding this issue, dated February 12, 2025); Dkt. 38 at 14 (Defendants' renewal of motion to dismiss Meta's Article II claim for reasons stated in previous briefs); *see also* Dkt. 18 at 20–23 (addressing *Humphrey's Executor v. United States*, 295 U.S. 602 (1935)); Dkt. 22 at 8–9 (same); Dkt. 25 at 1 (same).

Defendants nonetheless continue to urge the Court to dismiss Meta's Article II claim. Defendants continue to argue that, regardless of any infirmity with the removal provision, properly appointed Commissioners have "the authority to carry out the functions of the office." Dkt. 18 at 23 (quoting *Collins v. Yellen*, 594 U.S. 220, 258 (2021)). Additionally, Meta is not entitled to any relief based on its Article II claim because Meta has not shown that "the President's inability to

1

fire an agency head *affected the complained-of decision*." *Id.* at 24 (quoting *Cmty. Fin. Servs. Ass'n of Am., Ltd. v. CFPB*, 51 F.4th 616, 632 (5th Cir. 2022)). Even if Meta were to prevail on its removal claim, the proper remedy would be severance of the offending removal provision. Dkt. 22 at 10–11; Dkt. 25 at 1–5.

Dated: May 23, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel.: (202) 305-3196
sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

2