**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>    Defendants. | Case No. 1:23-cv-03562-RDM |

## PLAINTIFF'S MOTION TO STAY

Plaintiff Meta Platforms, Inc. ("Meta") hereby respectfully moves to stay this action for 90 days for the reasons described in the accompanying memorandum of law, in light of potential developments in two other actions involving the parties—*United States v. Facebook, Inc.*, 19-cv-02184-TJK (D.D.C.), and *Slaughter v. Trump*, 25-cv-00909-LLA (D.D.C.)—that could affect this action.

## MEET AND CONFER CERTIFICATION

Pursuant to Local Civil Rule 7(m), the parties met and conferred by telephone regarding this Motion on May 20, 2025 and June 5, 2025. Defendants oppose Meta's motion to stay.

DATED:  June 10, 2025

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
DAVIS POLK & WARDWELL LLP

2

450 Lexington Avenue  
New York, New York 10017  
Tel: (212) 450-4000  
Email: rouhandeh@davispolk.com

*Counsel for Plaintiff Meta Platforms, Inc.*

Case 1:23-cv-03562-RDM     Document 46     Filed 06/10/25     Page 2 of 2