**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL TRADE COMMISSION, <br><br> – and – <br><br> LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission, <br><br> Defendants. | Case No. 1:23-cv-03562-RDM |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY**

Upon consideration of Plaintiff's Motion to Stay, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

DATED: _____

_____
RANDOLPH D. MOSS
United States District Judge