IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>           Defendants. | Case No. 1:23-cv-3562 |

**JOINT STATUS REPORT AND
PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Minute Order, dated June 29, 2025, the Parties respectfully submit this Joint Status Report and Proposed Scheduling Order "describing the status of proceedings in *United States v. Facebook, Inc.*, 19-cv-2184, and addressing whether the stay should remain in place."

Upon remand from the Court of Appeals, the *Facebook* Court ordered the parties to meet and confer and file a joint status report setting forth a proposed schedule for further proceedings. In response, and at the Government's request, the parties filed a joint status report on July 31, 2025, proposing a 90-day stay of proceedings to "allow the parties to potentially narrow and streamline any remaining issues for the Court." *Facebook*, No. 1:19-cv-02184-TJK (Dkt. 72) (D.D.C. July 31, 2025). On August 1, 2025, Judge Kelly issued a Minute Order staying the *Facebook* action until further order of the Court and directing the parties to file a joint status

1

report by October 29, 2025 "as to whether further proceedings are necessary and proposing a briefing schedule for any outstanding issues."

The parties respectfully propose that, in light of the stay in *Facebook*, this action should remain stayed, and that the parties should file a joint status report on November 24, 2025.

DATED: September 24, 2025

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th St., NW
Washington, DC 20005
Tel: (202) 962-7000
Email: paul.nathanson@davispolk.com

*Attorneys for Plaintiff Meta Platforms, Inc.*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Sarah M. Suwanda*

SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3196

2

Sarah.suwanda@usdoj.gov

*Attorneys for Defendants*

Sarah.suwanda@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL TRADE COMMISSION, <br><br> – and – <br><br> LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission, <br><br> Defendants. | Case No. 1:23-cv-3562 |

## **[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby ORDERED that:

- This proceeding shall remain stayed pending further order of this Court; and

- The Parties shall submit a further Joint Status Report on November 24, 2025.

Dated:_____, 2025    _____

                                                               HON. RANDOLPH D. MOSS
                                                               UNITED STATES DISTRICT JUDGE

Cc:  All counsel of record via ECF