IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>    Defendants. | Case No. 1:23-cv-3562 |

**JOINT STATUS REPORT AND**
**PROPOSED SCHEDULING ORDER**

    Pursuant to the Court's Minute Order, dated September 25, 2025, the Parties respectfully submit this Joint Status Report and Proposed Scheduling Order.

    On June 29, 2025, this Court issued a Minute Order staying this action pending further order of the Court, and ordering the parties to file a joint status report on or before September 25, 2025 describing the status of proceedings in *United States v. Facebook, Inc.*, No. 1:19-cv-02184-TJK. On September 24, the parties advised the Court that Judge Kelly had stayed the *Facebook* action until further order of the Court and directed the parties to file a joint status report by October 29, 2025, as to whether "further proceedings are necessary" in light of the ruling from the United States Court of Appeals for the District of Columbia in *United States v. Facebook, Inc.*, 136 F.4th 1129 (D.C. Cir. 2025). (Dkt. 50 (quoting *United States v. Facebook*, No. 1:19-cv-02184-TJK (D.D.C. Aug, 1, 2025)). The following day, this Court entered a Minute Order directing the parties to file a further joint status report on or before November 24, 2025,

1

approximately four weeks after the joint status report deadline in the *Facebook* matter. As a result of the lapse in appropations and Chief Boasberg's November 13, 2025 Standing Order,[1] however, this Court's November 24 deadline was extended through December 8, while the October 29 deadline in *Facebook* was extended through December 22.

The parties respectfully request that, in light of the amended deadlines, they be permitted to file a joint status report on January 16, 2026, approximately four weeks after the joint status report deadline in *Facebook* (*i.e.*, approximately the same interval between the deadlines in the two cases that existed prior to the lapse in government appropriations).

DATED: December 8, 2025

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th St., NW
Washington, DC 20005
Tel: (202) 962-7000
Email: paul.nathanson@davispolk.com

*Attorneys for Plaintiff Meta Platforms, Inc.*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director

---

[1] *See* Standing Order No. 25-59, *In Re: Extension of Deadlines in Civil Matters Involving the United States Following Restoration of Appropriations*.

2

*/s/ Sarah M. Suwanda*

SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3196
Sarah.suwanda@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>        Defendants. | Case No. 1:23-cv-3562 |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Joint Status Report, it is hereby ORDERED that:

- The Parties shall submit a further Joint Status Report on January 16, 2026.

Dated:_____, 2025     _____

                                          HON. RANDOLPH D. MOSS
                                          UNITED STATES DISTRICT JUDGE

Cc:  All counsel of record via ECF