**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL TRADE COMMISSION, <br><br> – and – <br><br> LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission, <br><br> Defendants. | Case No. 1:23-cv-3562 |

**JOINT STATUS REPORT AND
PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Minute Order, dated December 9, 2025, the Parties respectfully submit this Joint Status Report and Proposed Scheduling Order.

On December 22, 2025, the parties in *United States v. Facebook, Inc.*, No. 1:19-cv-02184-TJK (D.D.C.), proposed a briefing schedule on whether the D.C. Circuit's opinion in *United States v. Facebook, Inc.*, 136 F4th 1129 (D.C. Cir. 2025) bars the Federal Trade Commission's administrative modification proceeding. On December 23, 2025, Judge Kelly issued a Minute Order, entering the proposed briefing schedule. Pursuant to the Minute Order, Meta's opening brief is due on or before February 13, 2026, the Government's response is due on or before April 7, 2026, and Meta's reply is due on or before May 7, 2026.

In light of that briefing schedule, the Parties respectfully request that they be permitted to file a joint status report 30 days after the briefing in *Facebook* is complete, *i.e.*, on June 8, 2026.

DATED: January 16, 2026                    Respectfully submitted,

/s/ James P. Rouhandeh

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th St., NW
Washington, DC 20005
Tel: (202) 962-7000
Email: paul.nathanson@davispolk.com

*Attorneys for Plaintiff Meta Platforms, Inc.*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director

/s/ Sarah M. Suwanda

SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3196
Sarah.m.suwanda@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>– and –<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>          Defendants. | Case No. 1:23-cv-3562 |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby ORDERED that:

- The Parties shall submit a further Joint Status Report on June 8, 2026.

Dated:_____, 2026    _____

                                         HON. RANDOLPH D. MOSS
                                         UNITED STATES DISTRICT JUDGE

Cc:  All counsel of record via ECF