**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

META PLATFORMS, INC.,

Plaintiff,

v.

THE FEDERAL TRADE COMMISSION,

– and –

LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,

Defendants.

Case No. 1:23-cv-3562

**JOINT STATUS REPORT AND**
**PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Minute Order, dated June 9, 2026, the Parties respectfully submit this Joint Status Report and Proposed Scheduling Order.

On December 23, 2025, Judge Kelly issued a Minute Order in *United States v. Facebook, Inc.*, No. 1:19-cv-02184-TJK (D.D.C.), entering the parties' agreed briefing schedule on whether the D.C. Circuit's opinion in *United States v. Facebook, Inc.*, 136 F.4th 1129 (D.C. Cir. 2025) bars the Federal Trade Commission's administrative modification proceeding. Pursuant to that Minute Order, briefing was complete on Meta's renewed motion as of May 7, 2026.

In light of that briefing schedule, the Parties respectfully request that they be permitted to file a joint status report on the earlier of: (a) 30 days after the court in *Facebook* issues an order on Meta's renewed motion, and (b) December 7, 2026.

DATED: September 4, 2026

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th St., NW
Washington, DC 20005
Tel: (202) 962-7000
Email: paul.nathanson@davispolk.com

*Attorneys for Plaintiff Meta Platforms, Inc.*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Sarah M. Suwanda*

SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3196
Sarah.m.suwanda@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

META PLATFORMS, INC.,

Plaintiff,

v.

THE FEDERAL TRADE COMMISSION,

– and –

LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,

Defendants.

Case No. 1:23-cv-3562

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby ORDERED that:

- The Parties shall submit a further Joint Status Report on the earlier of: (a) 30 days after the court in *Facebook* issues an order on Meta's renewed motion, and (b) December 7, 2026.

Dated:_________________, 2026

_________________________________

HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record via ECF